U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 0 2 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| VICTOR McGEE | CIVIL ACTION NO. 04-1977 |
| versus | JUDGE HICKS |
| IOC HOLDINGS, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

### ORDER OF DISMISSAL

The Court has been advised by counsel that the above action has been settled.

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties. Any motion that may be pending in this case is hereby denied as moot.

**THUS DONE AND SIGNED** in chambers, at Shreveport, Louisiana, this the 2d day of May, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE